UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                                CHAPTER 13

AUNDRETTE A. STEVENSON                                CASE NO. 15-82976

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Ocwen Loan Servicing LLC           **Court claim #: 5&6**

**Last four digits** of any number used to identify the debtor's account: 3036

---

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $6500.00 (Per confirmed plan) |
| Amount Paid by Trustee | $6500.00 |

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  3/12/19                          /s/Lydia S. Meyer
                                         Lydia S. Meyer, Trustee
                                         308 W. State St., Suite 212
                                         Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 12th Day of March, 2019

Dated:  3/12/19                          /s/Cynthia K. Burnard

OCWEN LOAN SERVICING LLC
ATTN: CASHIERING DEPARTMENT
1661 WORTHINGTON RD  STE 100
WEST PALM BEACH, FL 33409

OCWEN FEDERAL BANK FSB
BANKRUPTCY DEPARTMENT
12650 INGENUITY DR.
ORLANDO, FL  32826

JOHN D. SCHLOTTER
ALDRIDGE PITE, LLP
4375 JUTLAND DR. STE 200  PO BOX 17933
SAN DIEGO, CA 92117-0933

OCWEN LOAN SERVICING LLC
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 24605
WEST PALM BEACH, FL 33416-4605

AUNDRETTE A. STEVENSON
2119 OHIO PARKWAY
ROCKFORD, IL  61108

GERACI LAW LLC
55 E. MONROE #3400
CHICAGO, IL  60603